In the Matter of the Application of GRANT CRABTREE, Appellant, for Vacation of a Subpœna Duces Tecum.

JOSEPH E. CORRIGAN, Respondent.

*Appeal — unanimous affirmance of order denying motion to vacate subpœna — appeal without permission to Court of Appeals dismissed.*

*Matter of Crabtree*, 206 App. Div. 750, appeal dismissed.

(Submitted October 3, 1923; decided October 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1923, which unanimously affirmed an order of Special Term denying a motion to vacate a subpœna *duces tecum.*

*George P. Nicholson, Corporation Counsel (John F. O'Brien, William E. C. Mayer, John Lehman* and *Russell Lord Tarbox* of counsel), for appellant.

*John D. Lindsay* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.